```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RICHARD JAY KIMBRO,
11           Petitioner,              No. CIV S-07-1130 WBS EFB P
12       vs.
13  STATE OF CALIFORNIA, et al.,
14           Respondents.             ORDER
15  _____/
```

16     Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

17 § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

18     Petitioner challenges a conviction in the Mariposa County Superior Court. Therefore,

19 this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

20 The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

21     Accordingly, it is hereby ordered that:

22     1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

23     2. The Clerk of Court shall assign a new case number;

24 /////

25 /////

26 /////

1    3.  The new case number is _____.  All future filings shall bear

2 the new case number and shall be filed at:

3         United States District Court
        Eastern District of California
4         2500 Tulare Street
        Fresno, CA 93721

5

6 Dated:  June 27, 2007.

7

8         EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE

2