IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JAY KIMBRO,

     Petitioner,           No. CIV S-07-1130 WBS EFB P

  vs.

STATE OF CALIFORNIA, et al.,

     Respondents.       ORDER

_____/

     Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

     Petitioner challenges a conviction in the Mariposa County Superior Court. Therefore, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

     Accordingly, it is hereby ordered that:

     1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

     2. The Clerk of Court shall assign a new case number;

/////

/////

/////

1   3. The new case number is _____. All future filings shall bear
2  the new case number and shall be filed at:
3      United States District Court
    Eastern District of California
4      2500 Tulare Street
    Fresno, CA 93721

6  Dated: June 27, 2007.

                 /s/ Edmund F. Brennan
                 EDMUND F. BRENNAN
                 UNITED STATES MAGISTRATE JUDGE